UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN ALLAN CADWALLADER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br><br>　　　　Defendant.<br>_____ | Case No. EDCV 13-1702 RGK(JC)<br><br>(~~PROPOSED~~) JUDGMENT |

　　In accordance with the concurrently issued Order Granting Unopposed Request to Dismiss Action, IT IS HEREBY ADJUDGED that this action is dismissed.

　　IT IS SO ADJUDGED.

DATED: March 28, 2014

*[signature: Gary Klausner]*
_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE